1  THORNDAL, ARMSTRONG, DELK,
     BALKENBUSH & EISINGER
2  Paul F. Eisinger, Esq.
   Nevada Bar No. 1617
3  Heather L. Trujillo, Esq.
   Nevada Bar No. 12651
4  1100 East Bridger Avenue
   Las Vegas, NV 89101-5315
5    Mail To:
     P.O. Box 2070
6    Las Vegas, NV 89125-2070
   Tel: (702) 366-0622
7  Fax: (702) 366-0327
   E-Mail: peisinger@thorndal.com
8  E-Mail: hlt@thorndal.com
   Attorneys for Defendants/Cross-Claimant,
9  GGP MEADOWS MALL, LLC; MUFFREY, LLC
   and MACY'S CORPORATE SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MERCEDES LAYMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>GGP MEADOWS MALL, LLC, a Delaware limited liability company; MUFFREY, LLC, a Delaware limited liability company; MACY'S CORPORATE SERVICES, INC., a Delaware corporation; ERMC PROPERTY MANAGEMENT COMPANY OF ILLINOIS, LLC., an Illinois limited liability company; DOES 1-5; ROE COMPANIES 6-10; inclusive jointly and severally,<br><br>    Defendants. | CASE NO. 2:17-cv-00099-RFB-VCF-(SLD)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| GGP MEADOWS MALL, LLC, a Delaware limited liability company,<br><br>    Cross-Claimant,<br><br>vs.<br><br>ERMC PROPERTY MANAGEMENT COMPANY OF ILLINOIS, LLC, an Illinois limited liability company; DOES I through X and ROE ENTITIES I through X,<br><br>    Cross-Defendants. | |

| | |
|---|---|
| 1 | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 2 | IT IS HEREBY STIPULATED AND AGREED by and between counsel for the |
| 3 | respective parties herein that the above matter in its entirety, including all claims of Plaintiff, |
| 4 | MERCEDES LAYMAN against all Defendants, as well as the Cross-Claim, shall be dismissed |
| 5 | with prejudice, with each of the parties to bear their own attorney's fees and costs. |

Dated this 24 day of April, 2017.　　　　Dated this 25 day of April, 2017.

MORRIS // ANDERSON　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH

_____　　　　_____
Joshua P. Berrett, Esq.　　　　　　　　　　Steven B. Abbott, Esq.
716 S. Jones Blvd.　　　　　　　　　　　　Blake A. Doerr, Esq.
Las Vegas, Nevada 89107　　　　　　　　　6385 S. Rainbow Blvd., Ste. 600
Attorneys for Plaintiff,　　　　　　　　　　Las Vegas, NV 89118
MERCEDES LAYMAN　　　　　　　　　　Attorneys for Defendant/Cross-Defendant,
　　　　　　　　　　　　　　　　　　　　ERMC PROPERTY MANAGEMENT
　　　　　　　　　　　　　　　　　　　　COMPANY OF ILLINOIS, LLC

Dated this 28nt day of April, 2017.

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

_____
PAUL F. EISINGER, ESQ.
Nevada Bar No. 1617
1100 E. Bridger Avenue, PO Box 2070
Las Vegas, Nevada 89125-2070
Attorneys for Defendants/Cross-Claimant,
GGP MEADOWS MALL, LLC; MUFFREY,
LLC and MACY'S CORPORATE
SERVICES, INC.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: May 1, 2017.